UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTHCARE CORRESPONDENCE AND BRANCH APPEALS, et al.,<br><br>        Defendants. | Case No. 19-cv-02230-JD<br><br>**ORDER VACTING MOTION GRANTING IN FORMA PAUPERIS STATUS**<br><br>Re: Dkt. No. 5 |

Plaintiff, a prisoner proceeding pro se, has filed a civil rights complaint. Plaintiff filed an incomplete motion to proceed in forma pauperis ("IFP") and was sent a notice that he must file a complete application and he was provided a blank form. Dockets Nos. 2, 3. The motion granting IFP status (Docket No. 5) is **VACATED** and the Court shall not issue the summons. Plaintiff must file a complete IFP application as described in the notice sent by the Court.

**IT IS SO ORDERED.**

Dated: May 6, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID S. QUAIR,

    Plaintiff,

v.

HEALTHCARE CORRESPONDENCE AND BRANCH APPEALS, et al.,

    Defendants.

Case No. 19-cv-02230-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S. Quair
BG0478
CSP-CIM-D10-135-L
Chino, CA 91708

Dated: May 6, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO