UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>  Plaintiff,<br><br> v.<br><br>HEALTHCARE CORRESPONDENCE AND BRANCH APPEALS, et al.,<br><br>  Defendants. | Case No. 19-cv-02230-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Plaintiff, a state prisoner, has filed a civil rights action. On multiple occasions, plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. Submitting blank applications to proceed IFP is insufficient. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's incomplete motion to proceed IFP (Docket No. 10) is **DENIED**.

  **IT IS SO ORDERED.**

Dated: May 30, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE CORRESPONDENCE AND BRANCH APPEALS, et al.,<br><br>    Defendants. | Case No. 19-cv-02230-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S. Quair ID: BG0478
California Institution for Men
P.O. Box 600
Chino, CA 91708

Dated: May 30, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO